UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANDON ALBANITO,
Petitioner,

v. CASE NO. 2:26-cv-2083-SPC-KRH
2:23-cr-23-SPC-KRH

UNITED STATES OF AMERICA,
Respondent.

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute Assistant United States Attorney Laurie Benoit-Knox, as lead government counsel in place of Assistant United States Attorney Dawn A. Tiffin.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *s/ Laurie Benoit-Knox*
LAURIE BENOIT-KNOX
Assistant United States Attorney
Appellate Division
Florida Bar No. 107304
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
laurie.benoit.knox@usdoj.gov

**Albanito v. United States** **Case No. 2:26-cv-2083-SPC-KRH**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant:

Brandon Albanito
Reg. No. 34951-018
FCI Coleman Low
Federal Correctional Institution
P.O. Box 1031
Coleman, FL 335

*s/ Laurie Benoit-Knox*
LAURIE BENOIT-KNOX
Assistant United States Attorney